**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL DURANT, *et al.*, | **Case No: CV 08-2539 PA (OPx)** |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Hon. Percy Anderson<br>United States District Court |

1  The Court, having read and considered the parties' Stipulation for
2  Compromise Settlement and Release, as well as the parties' Stipulation of
3  Dismissal, and finding good cause therefor, hereby orders that this action be
4  dismissed in its entirety with prejudice. Plaintiffs and Defendant shall bear their
5  own attorneys' fees, expenses, and costs of suit. The Court shall retain jurisdiction
6  over this matter pending completion of the terms of the Stipulation for
7  Compromise Settlement and Release.

8  **IT IS SO ORDERED.**

11  Dated this 29th day of the month of      July, 2009

15  _____
16  THE HONORABLE PERCY ANDERSON
17  UNITED STATES DISTRICT JUDGE

21  Presented by:

22  THOMAS P. O'BRIEN
    United States Attorney
23  JULIE ZATZ
    Assistant United States Attorney
24  Assistant Chief, Civil Division

26  /s/ Terrence M. Jones
    TERRENCE M. JONES
27  Assistant United States Attorney

28  Attorneys for Defendant
    United States of America